1 Scott P. Jang (State Bar No. 260191)
Gabriel N. Rubin (State Bar No. 241659)
2 JACKSON LEWIS P.C.
50 California Street, 9th Floor
3 San Francisco, California 94111-4615
Telephone: (415) 394-9400
4 Facsimile: (415) 394-9401
E-mail: Scott.jang@jacksonlewis.com
5 E-mail: Gabriel.rubin@jacksonlewis.com

6 Attorneys for Defendant
INTEL CORPORATION
7

8 (additional counsel on second page)

9

10                    UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

12

13
DANIELLE DYSINGER, an individual,          Case No. 5:21-cv-00088-SVK
14
        Plaintiff,                         **NOTICE OF DISMISSAL WITH
15                                          PREJUDICE**
        v.
16
INTEL CORPORATION, Delaware
17 Corporation, and CONNOR BUTLER, in his
Individual and professional capacity and
18 DOES 1-10,

19        Defendants.

20

21

22

23

24

25

26

27

28

1    David P. Myers (State Bar No. 206137)
     Rudy Balderama (State Bar No. 234602)
2    Ann Hendrix (State Bar No. 258285)
     THE MYERS LAW GROUP, A.P.C.
3    9327 Fairway View Place, Suite 100
     Rancho Cucamonga, CA 91730
4    Telephone: (909) 919-2027
     Facsimile: (888) 375-2102
5    E-mail: dmyers@myerslawgroup.com

6    Attorneys for Plaintiff
     DANIELLE DYSINGER
7
     Jacqueline N. Vu (State Bar No. 287011)
8    BUCHALTER a Professional Corporation
     500 Capitol Mall, Suite 1900
9    Sacramento, CA 95814
     Telephone: (916) 945-5170
10   Facsimile: (916) 930-0151
     E-mail: jvu@buchalter.com
11

12   LAURENT BADOUX (*Pro Hac Vice*)
     BUCHALTER, A Professional Corporation
13   16435 N. Scottsdale Road, Suite 440
     Scottsdale, AZ 85254
14   Telephone: (480) 383-1800
     Facsimile: (480) 824-9400
15   Email: lbadoux@buchalter.com

16   Attorneys for Defendant
     CONNOR BUTLER
17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL WITH PREJUDICE                    Case No. 5:21-cv-00088-SVK

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all the parties to this action

2  stipulate to the dismissal of this action in its entirety, with prejudice, each party to bear their own

3  attorney's fees and costs.

4

5  Dated:  February 15, 2022                    THE MYERS LAW GROUP, A.P.C

6
                                         By:    /s/ David P. Myers
7                                                 David P. Myers
                                                  Rudy Balderama
8                                                 Anne Hendrix
                                                  Attorneys for Plaintiff
9                                                 DANIELLE DYSINGER

10

11  Dated:  February 15, 2022                    ALDERMAN & HILGERS, LLP

12

13
                                         By:     /s/ Dan Alderman
14                                                Dan Alderman
                                                  Attorneys for Defendant
15                                                CONNOR BUTLER

16
   Dated:  February 15, 2022                    BUCHALTER a Professional Corporation
17

18

19                                       By:     /s/ Laurent Badoux
                                                  Laurent Badoux
20                                                Attorneys for Defendant
                                                  CONNOR BUTLER
21

22
   Dated:  February 15, 2022                    JACKSON LEWIS P.C.
23

24
                                         By:    /s/ Scott P. Jang[1]
25                                                Scott P. Jang
                                                  Gabriel N. Rubin
26                                                Attorneys for Defendant
                                                  INTEL CORPORATION
27                                                4872-6141-4159, v. 1

28  _____
   [1] Pursuant to Local Rule 5-1(i)(3), counsel for Defendant Intel Corporation attests that counsel for
   all parties have consented to the present filing.

3

NOTICE OF DISMISSAL WITH PREJUDICE                          Case No. 5:21-cv-00088-SVK